On respondent's petition for reconsideration filed March 19, reconsideration allowed; former disposition withdrawn; former opinion (224 Or App 193, 197 P3d 1130 (2008)) modified and adhered to as modified; affirmed May 13, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RANDOLPH DEL CALHOUN NELSON,
*Defendant-Appellant.*

Linn County Circuit Court
05122607; A134393

208 P3d 532

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, for petition.

Before Brewer, Chief Judge, and Landau, Judge, and Schuman, Judge.

PER CURIAM

## PER CURIAM

The state petitions for reconsideration. In *State v. Nelson*, 224 Or App 193, 197 P3d 1130 (2008), we affirmed defendant's conviction but remanded for resentencing in light of *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), *rev'd and rem'd sub nom Oregon v. Ice*, 555 US ____, 129 S Ct 711, 172 L Ed 2d 517 (2009). The state now argues that, in light of the United State's Supreme Court's decision in *Ice*, our remand for resentencing was erroneous. The state is correct that the case is now controlled by that decision. Accordingly, we modify our opinion and affirm.

Reconsideration allowed; former disposition withdrawn; former opinion modified and adhered to as modified; affirmed.